FILED
2005 Aug-16 PM 03:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## JASPER DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Case Nos.**   CV 03-S-8030-J |
| ) | CR 02-S-73-J |
| ) | |
| **CHRISTOPHER ALAN AKINS,** ) | |
| ) | |
| **Defendant/Movant.** ) | |

### ORDER

On July 11, 2005, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this motion filed pursuant to 28 U.S.C. § 2255 be denied. The defendant/movant filed objections on July 27, 2005.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the defendant/movant's objections thereto, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the motion to vacate and set aside filed pursuant to 28 U.S.C. § 2255 in the above-styled cause by Christopher Alan Akins is due to be and the same is hereby DENIED.

DONE this 16th day of August, 2005.

_____
United States District Judge